**Order entered September 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00036-CV

## SEIKILOS HOLDINGS, LLC, ET AL., Appellants

## V.

## EDWARD "LANNY" HOULLION, INDIVIDUALLY AND
## AS GENERAL PARTNER OF HOULLION FAMILY, LP, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13053**

## ORDER

In an order dated July 8, 2015, we granted the third extension motion of Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court and ordered Ms. Dobbins to file the reporter's record by July 31, 2015. As of today's date, the reporter's record has not been filed. Accordingly, we **ORDER** Ms. Dobbins to file the reporter's record by **SEPTEMBER 9, 2015**. We caution Ms. Dobbins that failure to file the reporter's record by **SEPTEMBER 9, 2015** may result in this Court ordering that she not sit as a court reporter until she complies.

Before the Court is appellants' August 31, 2015 fourth motion for an extension of time to provide this Court with the name, State Bar number, address, and telephone number of new counsel. We consider the motion only as to individual appellants John C. Golfis and Julie

Nguyen because corporate appellants cannot appear before this Court without counsel.  *See* TEX. R. CIV. P. 7; *Kunstoplast of Am., Inc. v. Formosa Plastics Corp*., 937 S.W.2d 455, 456 (Tex. 1996) (per curiam).  Appellants explain in their motion that attorneys they are interviewing are waiting to review the reporter's record.  We **GRANT** the motion and extend the time to **OCTOBER 2, 2015**.  Failure to provide the information by **OCTOBER 2, 2015** may result in the dismissal of appellants Seikilos Holdings, LLC and Seikilos FX Studios, LLC as parties to this appeal without further notice.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Dale Tillery, Judge of the 134th Judicial District Court, Ms. Dobbins, pro se appellants, and counsel for appellees.

/s/     ELIZABETH LANG-MIERS
JUSTICE